# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bug Master, Roy W. Brooks, owner, Thomasine J. Iron, owner, et. al., | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Standing Rock Sioux Tribe Housing Authority, et. al., | ) ) Case No. 1:18-cv-008 ) |
| Defendants. | ) |

On January 16, 2018, plaintiffs filed a motion for leave to proceed *in forma pauperis*. (Doc. No. 1). The court denied the motion without prejudice and directed the parties to provide supplemental financial information to the court by January 31, 2018. (Doc. No. 3).

On January 19, 2018, plaintiffs filed notice of their consent to the undersigned's exercise of jurisdiction over this matter. (Doc. No. 6). On January 22, 2018, they filed a Motion to Voluntarily Dismiss Complaint. The court **GRANTS** the motion (Doc. No. 7) and **DISMISSES** the above-entitled action without prejudice.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court